# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: K.H.B., A/K/A BABY GIRL J., A/K/A K.J., A MINOR | : No. 4 WM 2015 |
| | : |
| | : |
| | : |
| PETITION OF: K.B. AND J.J. MOTHER AND FATHER | : |
| | : |
| | |
| IN RE: K.H.B., A/K/A BABY GIRL J., A/K/A K.J., A MINOR | : No. 5 WM 2015 |
| | : |
| | : |
| | : |
| PETITION OF: K.B. AND J.J. MOTHER AND FATHER | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of February, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.